UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**

SEP 25 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                                                                        INDICTMENT NO. 7:25-CR-27-DLB

**MATTHEW OWENS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
21 U.S.C. § 841(a)(1)

On or about March 11, 2025, in Magoffin County, in the Eastern District of Kentucky,

**MATTHEW OWENS**

did knowingly and intentionally possess with the intent to distribute controlled substances, including 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **MATTHEW OWENS** committed the offense charged in this count, **MATTHEW OWENS** had a final conviction for a serious drug felony, namely, a conviction under KRS 218A.1412(1)(b), trafficking in controlled substance, first degree, first offense, greater than two grams of methamphetamine, for which he served more than

12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 2
## 18 U.S.C. § 922(g)(1)

On or about March 11, 2025, in Magoffin County, in the Eastern District of Kentucky,

**MATTHEW OWENS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Hi-Point, model C9, 9mm caliber pistol with serial number P1640120, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1.  By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **MATTHEW OWENS** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **MATTHEW OWENS** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offense alleged in Count 2 of the Indictment, **MATTHEW OWENS** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. § 922. Any and all interest that **MATTHEW OWENS** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following which were seized from **MATTHEW OWENS** on or about March 11, 2025:

### CURRENCY:

a. $1,475

### FIREARMS:

a. Hi-Point, model C9, 9mm caliber pistol with serial number P1640120; and
b. All associated ammunition and accessories.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

███████████████

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

# PENALTIES

## COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

>**If Prior Felony Drug Offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**If responsible for 50 grams or more of a mixture or substance containing Methamphetamine:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

>**If Prior Serious Drug Felony or Serious Violent Felony Conviction:** Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

## COUNT 2:

Not more than 15 years imprisonment, not more than a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.